CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THUY DIEM NUONG PHAN TRAN, | CASE NO. 5:26-cv-02735-NC |
| Plaintiff, | **JOINT STIPULATION TO REMAND PURSUANT TO 8 U.S.C. § 1447(b); ORDER** |
| v. | |
| MARKWAYNE MULLIN, [1] Secretary, United States Department of Homeland Security, *et al.*, | |
| Defendants. | |

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate her application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

---

[1] Markwayne Mullin is automatically substituted as the Defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

JOINT STIPULATION TO REMAND
Case No. 5:26-cv-02735-NC

1.      The Court shall remand this matter to USCIS for final adjudication of Plaintiff's application for naturalization within thirty (30) days after entry of the order of remand.

2.      For purposes of this order, this timeframe is limited to the decision by USCIS on Plaintiff's application for naturalization and does not include any decision by USCIS regarding any subsequent administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event the application is denied.

3.      If USCIS does not adjudicate Plaintiff's application for naturalization by the agreed-upon timeframe, Plaintiff may move this Court to vacate the remand order and thereby re-assert jurisdiction over the action pursuant to 8 U.S.C. § 1447(b).

4.      Each of the parties shall bear their own attorneys' costs and fees.

Dated: April 15, 2026

Respectfully submitted[i],

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated:  April 15, 2026


 /s/ Ali Zahid Sabzwari
ALI ZAHID SABZWARI
American Visa Law Group, PC
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  April 16, 2026

_____
HON. NATHANAEL ____
United States Magis____

GRANTED
Judge Nathanael M. Cousins

---

[i]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

JOINT STIPULATION TO REMAND
Case No. 5:26-cv-02735-NC